UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 16-42821

WENDY ELIZABETH WARRICK,                            Chapter 7

                        Debtor.                     Judge Thomas J. Tucker
_____/

WENDY TURNER LEWIS, Trustee,

                        Plaintiff,

v.                                                  Adv. Pro. No. 16-4637

DOUGLAS KELLER,

                        Defendant.
_____/

**ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S
MOTION FOR ORDER TO SHOW CAUSE AGAINST
DEFENDANT DOUGLAS KELLER**

This adversary proceeding is before the Court on the Plaintiff's motion entitled

"Plaintiff's Motion for Order to Show Cause Against Defendant Douglas Keller," filed on

October 23, 2017 (Docket # 18, the "Motion"). On November 13, 2017, the Plaintiff filed a

Certificate of No Response, indicating that no one has filed an objection to the Motion.

The Court will deny the Motion, without prejudice, for the following reasons.

There is no procedure under the Federal Rules of Bankruptcy Procedure or the local

bankruptcy rules for a party to move for an order to show cause. If the Plaintiff wishes to seek

relief for the Defendant's failure to comply with an order of the Court, she may file a motion

seeking an order holding the Defendant in civil contempt, and for contempt-related relief. Any

such motion must comply with E.D. Mich. L.B.R. 9014-1.

Accordingly,

IT IS ORDERED that the Motion (Docket # 18) is denied, without prejudice.

**Signed on November 13, 2017**



_/s/ Thomas J. Tucker_
**Thomas J. Tucker**
**United States Bankruptcy Judge**